IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY GAYLOR,<br><br>                Plaintiff,<br>  vs.<br><br>NORTH SPRINGS ASSOCIATES, LLLP, a Georgia limited Partnership,<br><br>                Defendant. | CIVIL ACTION FILE NO.<br>1:13-cv-01551-WCO<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, North Springs Associates, LLLP, through its attorney Stephen M. Katz, hereby appeals from the court's order and final judgment dated and entered on or about April 2 , 2015.

DATE: 21ST APRIL 2015.          By: *Stephen M. Katz*
                                      Ga Bar No. 409065

1

**THE KATZ LAW GROUP LLC**
4799 Olde Towne Parkway
Marietta, Georgia 30068-4350
Telephone: 770.988.8181
Fax: 770.988.8182
Email: smkatz@smk-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all counsel of record the foregoing **NOTICE OF APPEAL** by electronically filing the document and all attachments thereto, if any, with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys and/or other individuals listed below.

Brian T. Ku, Esq.
**KU & MUSSMAN, P.A.**
6001 NW 153rd Street, Suite 100
Miami Lakes, Florida 33014

**DATE: 21ST APRIL 2015.**

By: *Stephen M. Katz*
Ga Bar No. 409065

**THE KATZ LAW GROUP LLC**
4799 Olde Towne Parkway
Marietta, Georgia 30068-4350
Telephone: 770.988.8181
Fax: 770.988.8182
Email: smkatz@smk-law.com