# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

April 22, 2015

Douglas Mincher, Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

      **U.S.D.C. No.:** 1:13-cv-1551-WCO  
      **U.S.C.A. No.:** 00-00000-00  
      **In re:**     *Gary Gaylor v. North Springs Associates, LLLP*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Order and Clerk's Judgment appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fee paid on . |
| ___ | Appellant has been  leave to file *in forma pauperis.* |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| X | **The United States District Judge is William C. O'Kelley.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                            Sincerely,

                                            James N. Hatten  
                                            District Court Executive  
                                            and Clerk of Court

                                        By:   /s/ Kimberly Carter  
                                                        Deputy Clerk

Enclosures